**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

     Plaintiff,

v.

Salah Osman Ahmed,

     Defendant.

Case No. 26-cv-2536 (PJS/DTS)

**ORDER**

---

Defendant filed an unopposed motion, Dkt. No. 7, to give Defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before August 4, 2026.

Dated: July 6, 2026

         s/ David T. Schultz_____
        DAVID T. SCHULTZ
        United States Magistrate Judge